# UNITED STATES DISTRICT COURT
## MIDDLE DISTRICT OF FLORIDA
### ORLANDO DIVISION

GRIP POD SYSTEMS, LLC,                          CASE NO: 6:07-cv-01863-19GJK
a Florida limited liability company,

        Plaintiff,

v.

COMMAND ARMS ACCESSORIES, LLC,
a Pennsylvania limited liability company,
FOBUS USA, INC.,
a Pennsylvania corporation,
FIRST SAMCO, INC.,
a Pennsylvania corporation, and
LAKOTA CONTRACTING, INC.,
a South Dakota corporation,

        Defendants.

_____/

## APPEARANCE OF NON-RESIDENT ATTORNEY
## AND DESIGNATION OF LOCAL COUNSEL

      I, John J. Marshall, hereby appear pursuant to Local Rule 2.02 of the Middle District of Florida in the above captioned action on behalf of defendants COMMAND ARMS ACCESSORIES, LLC, FOBUS USA, INC., FIRST SAMCO, INC., and LAKOTA CONTRACTING, INC., by whom I have been retained.

      I am a member of Drinker Biddle & Reath L L P, and am an attorney in good standing of the Bar of Pennsylvania. I am also admitted to practice in the United States District Courts for the Eastern and Middle Districts of Pennsylvania, the Court of Appeals for the Federal Circuit and the United States Patent and Trademark Office.

      I am not a resident of the State of Florida and I do not maintain a regular practice of law in Florida.

      I have separately filed a Special Admission Attorney Certification and $10.00 fee for this case.

      I have read and will comply with the Local Rules for the Middle District of Florida.

Pursuant to Local Rule 2.02(a)(1), I designate Jeffery F. Boyles, Esq., of the bar of this court and a resident of Florida, upon whom all notices and papers may be served and who will be responsible for the progress of the case.

## **LOCAL RULE 3.01(g) CERTIFICATION**

Counsel for Defendants certifies that he has conferred with counsel for Plaintiff who does not oppose the relief sought in this motion.

Dated April 7, 2008

s/John J. Marshall
JOHN J. MARSHALL
Drinker Biddle & Reath LLP
1000 Westlakes Drive, Ste. 300
Berwyn, PA 19312
tel: 610-993-2274
fax: 610-993-8585
john.marshall@dbr.com

Non-Resident Attorney

## **CONSENT OF DESIGNEE**

I hereby consent to the forgoing designation.

Dated April 7, 2008.

s/ Jeffery S. Boyles
Brian R. Gilchrist
Florida Bar No. 774065
bgilchrist@addmg.com
Jeffrey S. Boyles
Florida Bar No. 722308
jboyles@addmg.com
Allen, Dyer, Doppelt,
   Milbrath & Gilchrist, P.A.
255 South Orange Avenue
Suite 1401
Orlando, Florida 32801
Tel.: 407-841-2330
Fax: 407-841-2343

<u>**CERTIFICATE OF SERVICE**</u>

I hereby certify that on April 7, 2008, I electronically filed the foregoing with the Clerk of the Court by using the CM/ECF system which will send a notice of electronic filing to the following:

Brian S. Steinberger
Law Office of Brian S. Steinberger, P.A.
brianss@vol.com
101 Brevard Avenue
Cocoa, Florida 32922
Telephone:  407-633-5080
Facsimile:  407-633-9322

Counsel for Plaintiff

Travis R. Hollifield
Hollifield Legal Centre
trh@trhlaw.com
147 E. Lyman Avenue, Suite C
Winter Park, Florida 32789
Telephone:  407-599-9590
Facsimile:  407-599-9591

Counsel for Plaintiff

s/ Jeffrey S. Boyles
Jeffrey S. Boyles
