UNITED STATES DISTRICT COURT
MIDDLE DISTRICT OF FLORIDA
ORLANDO DIVISION

GRIP POD SYSTEMS, LLC,
a Florida limited liability company,

        CASE NO. 6:07-CV-01863-19GJK

    Plaintiff

v.

COMMAND ARMS ACCESSORIES, LLC,
a Pennsylvania limited liability company,
FOBUS USA, INC.,
a Pennsylvania corporation,
FIRST SAMCO, INC.,
a Pennsylvania corporation,
LAKOTA CONTRACTING, INC.
A South Dakota corporation,

    Defendants.
_____/

## UNOPPOSED MOTION FOR PERMISSION TO
## CONDUCT CASE MANAGEMENT CONFERENCE TELEPHONICALLY

Defendants, through counsel, hereby move the Court for Permission to Conduct Case Management Conference Telephonically and, in support thereof, states as follows:

1. Plaintiff filed the instant action on November 23, 2007. Thereafter Defendants filed its Answer on April 16, 2008.

2. Pursuant to Local Rule 3.05 and this Court's approved Case Management Report form, lead counsel for both parties must meet in person for a Case Management Conference to discuss and prepare the Case Management Report.

3. Lead trial counsel for Defendants, John J. Marshall, is located in Berwyn, Pennsylvania. Due to practical considerations, Defendants request permission to allow

Attorney Marshall to attend the Case Management Conference telephonically. Local Counsel from the Allen, Dyer, Doppelt firm will attend the Case Management Conference in person.

**LOCAL RULE 3.01(g) CERTIFICATION**

The undersigned counsel certifies that he has personally conferred with Travis R. Hollifield, Counsel for Plaintiff, who indicates he does not oppose the relief requested in this Motion.

WHEREFORE, Defendants respectfully request this Court to enter an Order permitting the parties to conduct the Local Rule 3.05 Case Management Conference telephonically, together with such further relief as this Court deems just and proper.

Respectfully submitted April 21, 2008.

> *s/Jeffrey S. Boyles*
> Brian R. Gilchrist, Esq.
> Florida Bar No. 774065
> bgilchrist@addmg.com
> Jeffrey S. Boyles, Esq.
> Florida Bar No. 722308
> jboyles@addmg.com
> **ALLEN, DYER, DOPPELT MILBRATH & GILCHRIST, P.A.**
> 255 South Orange Avenue, Suite 1401
> Orlando, Florida 32801
> (407) 841-2330 Telephone
> (407) 841-2343 Facsimile
>
> **LOCAL COUNSEL FOR DEFENDANTS**

John J. Marshall
Pennsylvania Bar No. 30,574
John.Marshall@dbr.com
Drinker, Biddle & Reath, LLP
1000 Westlakes Drive, Suite 300
Berwyn, PA 19312
Telephone: 610-993-2274
Facsimile: 610-993-8585

**TRIAL COUNSEL FOR DEFENDANTS**

## CERTIFICATE OF SERVICE

I hereby certify that on April 21, 2008, the foregoing document was submitted for filing to the Clerk of the District Court by using the Case Management/Electronic Case Filing ("CM/ECG") system which will send a Notice of Electronic filing to the following CM/ECF participants:

Brian S. Steinberger
Law Offices of Brian Steinberger, P.A.
brianss@vol.com
101 Brevard Avenue
Cocoa, Florida 32922
Telephone: 407-633-5080
Facsimile: 407-633-9322
Counsel for Plaintiff

Travis R. Hollifield
Hollifield Legal Centre
trh@trhlaw.com
147 E. Lyman Avenue, Suite C
Winter Park, Florida 32789
Telephone: 407-599-9590
Facsimile: 407-599-9591
Counsel for Plaintiff

*s/ Jeffrey S. Boyles*
Jeffrey S. Boyles