UNITED STATES DISTRICT COURT
MIDDLE DISTRICT OF FLORIDA
ORLANDO DIVISION

GRIP POD SYSTEMS, LLC,
a Florida limited liability company,

        Plaintiff

v.

COMMAND ARMS ACCESSORIES, LLC,
a Pennsylvania limited liability company,
FOBUS USA, INC.,
a Pennsylvania corporation,
FIRST SAMCO, INC.,
a Pennsylvania corporation,
LAKOTA CONTRACTING, INC.
a South Dakota corporation,

        Defendants.
_____/

CASE NO. 6:07-CV-01863-19GJK

### NOTICE OF PENDENCY OF OTHER ACTIONS

In accordance with Local Rule 1.04(c), I certify that the instant action:

____ IS         related to pending or closed civil or criminal case(s) previously filed in this Court, or any other Federal or State court, or administrative agency as indicated below:

_____
_____
_____

__X__ IS NOT     related to any pending or closed civil or criminal case filed with this Court, or any other Federal or State court, or administrative agency.

_____
_____
_____

I further certify that I will serve a copy of this NOTICE OF PENDENCY OF OTHER ACTIONS upon each party no later than eleven days after appearance of the party.

Respectfully submitted this 28th day of April 2008.

*s/Jeffrey S. Boyles*
Brian R. Gilchrist, Esq.
Florida Bar No. 774065
bgilchrist@addmg.com
Jeffrey S. Boyles, Esq.
Florida Bar No. 722308
jboyles@addmg.com
**ALLEN, DYER, DOPPELT**
**MILBRATH & GILCHRIST, P.A.**
255 South Orange Avenue, Suite 1401
Orlando, Florida 32801
(407) 841-2330 Telephone
(407) 841-2343 Facsimile

**LOCAL COUNSEL FOR**
**DEFENDANTS**

John J. Marshall
Pennsylvania Bar No. 30,574
John.Marshall@dbr.com
Drinker, Biddle & Reath, LLP
1000 Westlakes Drive, Suite 300
Berwyn, PA 19312
Telephone: 610-993-2274
Facsimile: 610-993-8585

**TRIAL COUNSEL FOR**
**DEFENDANTS**

## CERTIFICATE OF SERVICE

I hereby certify that on April 28, 2008, the foregoing document was submitted for filing to the Clerk of the District Court by using the Case Management/Electronic Case Filing ("CM/ECF") system which will send a Notice of Electronic filing to the following CM/ECF participants:

Brian S. Steinberger
Law Offices of Brian Steinberger, P.A.
brianss@vol.com
101 Brevard Avenue
Cocoa, Florida 32922
Telephone: 407-633-5080
Facsimile: 407-633-9322

Counsel for Plaintiff

Travis R. Hollifield
Hollifield Legal Centre
trh@trhlaw.com
147 E. Lyman Avenue, Suite C
Winter Park, Florida 32789
Telephone: 407-599-9590
Facsimile: 407-599-9591

Counsel for Plaintiff

                 *s/ Jeffrey S. Boyles*
                 Jeffrey S. Boyles