UNITED STATES DISTRICT COURT
MIDDLE DISTRICT OF FLORIDA
ORLANDO DIVISION

GRIP POD SYSTEMS, LLC,
a Florida limited liability company,

                                  CASE NO. 6:07-CV-01863-19GJK

        Plaintiff

v.

COMMAND ARMS ACCESSORIES, LLC,
a Pennsylvania limited liability company,
FOBUS USA, INC.,
a Pennsylvania corporation,
FIRST SAMCO, INC.,
a Pennsylvania corporation,
LAKOTA CONTRACTING, INC.
a South Dakota corporation,

                Defendants.
_____/

## DEFENDANTS' CERTIFICATE OF INTERESTED PERSONS AND CORPORATE DISCLOSURE STATEMENT

Defendants through their undersigned attorneys, hereby disclose the following pursuant to this Court's Order on Interested Persons and Corporate Disclosure Statement:

1. The name of each person, attorney, association of persons, firm, law firm, partnership, and corporation that has or may have an interest in the outcome of this action -- including subsidiaries, conglomerates, affiliates, parent corporations, publicly traded companies that own 10% or more of a party's stock, and all other identifiable legal entities related to any party in the case:

    **Plaintiff:**

    Grip Pod Systems, LLC

    **Plaintiff's Counsel:**

    Brian S. Steinberger
    Law Offices of Brian Steinberger, P.A.
    101 Brevard Avenue
    Cocoa, Florida 32922

Travis R. Hollifield
Hollifield Legal Centre
147 E. Lyman Avenue, Suite C
Winter Park, Florida 32789

**Defendants:**

Command Arms Accessories, LLC
Fobus USA, Inc.
First Samco, Inc.
Lakota Contracting, Inc.

**Defendants' Counsel:**

John J. Marshall
Drinker Biddle & Reath, LLP
1000 Westlakes Drive, Suite 300
Berwyn, PA 19312

Brian R. Gilchrist
Jeffrey S. Boyles
Allen, Dyer, Doppelt, Milbrath & Gilchrist, P.A.
255 South Orange Avenue, Suite 1401
Orlando, Florida 32801

2. The name of every other entity whose publicly-traded stock, equity, or debt may be substantially affected by the outcome of the proceedings:

Not applicable.

3. The name of every other entity which is likely to be an active participate in the proceedings, including the debtor and members of the creditors' committee (or twenty largest unsecured creditors) in bankruptcy cases:

Not applicable.

4. The name of each victim (individual or corporate) of civil and criminal conduct alleged to be wrongful, including every person who may be entitled to restitution:

Not applicable.

5. Check one of the following:

  __X__ a. I hereby certify that I am unaware of any actual or potential conflict of interest involving the District Judge and Magistrate Judge assigned to this case, and will immediately notify the Court in writing upon learning of any such conflict.

**-or-**

_____ b. I certify that I am aware of a conflict or basis of recusal of the District Judge or Magistrate Judge as follows: (explain)

Respectfully submitted this 28th day of April 2008.

*s/Jeffrey S. Boyles*
Brian R. Gilchrist, Esq.
Florida Bar No. 774065
bgilchrist@addmg.com
Jeffrey S. Boyles, Esq.
Florida Bar No. 722308
jboyles@addmg.com
**ALLEN, DYER, DOPPELT**
**MILBRATH & GILCHRIST, P.A.**
255 South Orange Avenue, Suite 1401
Orlando, Florida 32801
(407) 841-2330 Telephone
(407) 841-2343 Facsimile

**LOCAL COUNSEL FOR DEFENDANTS**

John J. Marshall
Pennsylvania Bar No. 30,574
John.Marshall@dbr.com
Drinker, Biddle & Reath, LLP
1000 Westlakes Drive, Suite 300
Berwyn, PA 19312
Telephone: 610-993-2274
Facsimile: 610-993-8585

**TRIAL COUNSEL FOR DEFENDANTS**

## **CERTIFICATE OF SERVICE**

I hereby certify that on April 28, 2008, the foregoing document was submitted for filing to the Clerk of the District Court by using the Case Management/Electronic Case Filing ("CM/ECF") system which will send a Notice of Electronic filing to the following CM/ECF participants:

Brian S. Steinberger
Law Offices of Brian Steinberger, P.A.
brianss@vol.com
101 Brevard Avenue
Cocoa, Florida 32922
Telephone: 407-633-5080
Facsimile: 407-633-9322

Counsel for Plaintiff

Travis R. Hollifield
Hollifield Legal Centre
trh@trhlaw.com
147 E. Lyman Avenue, Suite C
Winter Park, Florida 32789
Telephone: 407-599-9590
Facsimile: 407-599-9591

Counsel for Plaintiff

*s/ Jeffrey S. Boyles*
Jeffrey S. Boyles