UNITED STATES DISTRICT COURT
MIDDLE DISTRICT OF FLORIDA
ORLANDO DIVISION

GRIP POD SYSTEMS, LLC,                       CASE NO: 6:07-cv-01863-19GJK
a Florida limited liability company,

       Plaintiff,

v.

COMMAND ARMS ACCESSORIES, LLC,
a Pennsylvania limited liability company,
FOBUS USA, INC.,
a Pennsylvania corporation,
FIRST SAMCO, INC.,
a Pennsylvania corporation,
JAY PORTZ,
a natural person,
LAKOTA CONTRACTING, INC.,
a South Dakota corporation,
LA POLICE GEAR, INC.,
a California corporation,
THE SPORTSMAN'S GUIDE, INC.,
a Minnesota corporation,
FREDRICH R. LUNA
d/b/a MYDISCOUNTSTATION.COM,
a natural person,
KIESLER POLICE SUPPLY, INC.,
an Indiana corporation,
SOG ARMORY, INC.,
a California corporation, and
PATRIOT OUTFITTERS, LLC,
a Kansas limited liability company,

       Defendants.
_____/

**STIPULATION FOR ENTRY OF PERMANENT INJUNCTIVE RELIEF**

       COMES NOW Plaintiff GRIP POD SYSTEMS, LLC ("Plaintiff"), by and through its undersigned counsel, and Defendant LA POLICE GEAR, INC., by and through its

1

undersigned counsel, and hereby stipulate to the entry of a Permanent Injunction against the Defendant, to wit:

1. The parties hereby stipulate and agree to the entry of a Permanent Injunction against Defendant LA POLICE GEAR, INC., and its owners, directors, officers, employees, agents, attorneys, successors, assigns, and those persons in active concert or participation with them.

2. The parties hereby stipulate and agree that Defendant LA POLICE GEAR, INC. and its respective owners, directors, officers, employees, agents, attorneys, successors, assigns, and those persons in active concert or participation with them be <u>permanently enjoined and prohibited</u> from advertising, marketing, offering to sell, selling, manufacturing, or distributing any products:

    (a) using or displaying Plaintiff's registered trademarks *Grip Pod* and *Grippod* and any other confusingly similar versions or derivations thereof including but not limited to the names/words/marks/symbols/slogans/logos ("names") *Pod Grip, PGRIP, Pivot Pod Grip, PPGRIP*, and *CAA Forend Rail Grip Pod* whether such names are used to identify a manufacturer, product, model, or any other tangible or non-tangible item without an express license from Plaintiff.

3. The Defendant agrees that the foregoing limitations are meant to be interpreted in the broadest possible sense and strictly construed in favor of limitation and encompasses, but is not limited to, using or displaying Plaintiff's registered trademarks *Grip Pod* and *Grippod* and any other confusingly similar versions or derivations thereof including but not limited to the names/words/marks/symbols/slogans/logos ("names") *Pod Grip, PGRIP, Pivot Pod Grip, PPGRIP*, and *CAA Forend Rail Grip Pod* whether such names are used to identify a manufacturer, product, model, or any other tangible or non-

tangible item and advertising, marketing, offering to sell, selling, manufacturing, or distributing any products displaying, using, or bearing the above names/words/marks/symbols/slogans/logos or any other combination or derivation thereof in all advertising and marketing materials, business cards, letterhead, websites, meta-tags, building, road, and vehicle signage or placards, corporate names, fictitious names, and federal, state, territorial, and international trademark applications.

4. The parties hereby inform the Court that a Confidential Settlement Agreement has been executed which pertains to non-injunctive relief and therefore requests that the Court refrain from assessing any additional penalties upon the Defendant at this time.

**WHEREFORE**, the parties respectfully request that this Court enter a Permanent Injunction in a form the same or similar to a proposed Permanent Injunction agreed to by the parties which will be submitted upon authorization by the Court. *See* Section II(E)(4), U.S. District Court, Middle District of Florida, *Administrative Procedures for Electronic Filing in Civil and Criminal Cases* (2004).

DATED this 24th day of September 2008.

HOLLIFIELD LEGAL CENTRE
By:
**/s/ Travis R. Hollifield**
_____
Travis R. Hollifield
Florida Bar No.: 0094420
147 E. Lyman Avenue – Suite C
Winter Park, Florida 32789
Telephone: (407) 599-9590
Facsimile: (407) 599-9591
Email: trh@trhlaw.com
COUNSEL FOR PLAINTIFF

ELSIE C. TURNER, P.A.
By:
**/s/ Elsie C. Turner**

_____
Elsie C. Turner
Florida Bar No.: 0205249
201 Park Place – Suite 204
Altamonte Springs, Florida 32701
Telephone: (407) 339-3013
Facsimile: (407) 339-4244
Email: elseturner@embarqmail.com
COUNSEL FOR DEFENDANT LA POLICE GEAR, INC.

## **CERTIFICATE OF SERVICE**

**I HEREBY CERTIFY** that on September 24, 2008 I electronically filed the foregoing with the Clerk of Court by using the CM/ECF system which will send a notice of electronic filing to all counsel of record.

By:
**/s/ Travis R. Hollifield**

_____
Travis R. Hollifield
Hollifield Legal Centre
147 E. Lyman Avenue – Suite C
Winter Park, Florida 32789
Telephone: (407) 599-9590
Facsimile: (407) 599-9591
COUNSEL FOR PLAINTIFF