UNITED STATES DISTRICT COURT
MIDDLE DISTRICT OF FLORIDA
ORLANDO DIVISION

GRIP POD SYSTEMS, LLC,            CASE NO: 6:07-cv-01863-MSS-GJK
a Florida limited liability company,

        Plaintiff,

v.

COMMAND ARMS ACCESSORIES, LLC,
a Pennsylvania limited liability company,
FOBUS USA, INC.,
a Pennsylvania corporation,
FIRST SAMCO, INC.,
a Pennsylvania corporation,
JAY PORTZ,
a natural person,
LAKOTA CONTRACTING, INC.,
a South Dakota corporation,
LA POLICE GEAR, INC.,
a California corporation,
THE SPORTSMAN'S GUIDE, INC.,
a Minnesota corporation,
FREDRICH R. LUNA
d/b/a MYDISCOUNTSTATION.COM,
a natural person,
KIESLER POLICE SUPPLY, INC.,
an Indiana corporation,
SOG ARMORY, INC.,
a California corporation, and
PATRIOT OUTFITTERS, LLC,
a Kansas limited liability company,

        Defendants.
_____/

## NOTICE OF SETTLEMENT

        COMES NOW counsel for Plaintiff GRIP POD SYSTEMS, LLC, and hereby files

this Notice of Settlement in response to the Court's Order at Doc. 57:

        1.      A mediation conference was conducted in this matter by mediator Jay M.

1

Cohen on Wednesday, January 14, 2009 in Orlando, Florida.

2. A contingent settlement was reached between Plaintiff and Defendants COMMAND ARMS ACCESSORIES, LLC, a Pennsylvania limited liability company; FOBUS USA, INC., a Pennsylvania corporation; FIRST SAMCO, INC., a Pennsylvania corporation; JAY PORTZ, a natural person; LAKOTA CONTRACTING INC., a South Dakota corporation; THE SPORTSMAN'S GUIDE, INC., a Minnesota corporation; FREDRICH R. LUNA d/b/a MYDISCOUNTSTATION.COM, an Arizona natural person; KIESLER POLICE SUPPLY, INC., an Indiana corporation; SOG ARMORY, INC., a California corporation; and PATRIOT OUTFITTERS, LLC, a Kansas limited liability company.

3. Plaintiff had previously reached a contingent settlement agreement with the remaining Defendant LA POLICE GEAR, INC., a California corporation.

4. The settlements are <u>contingent upon the entry of injunctions restricting the Defendants' ability to use certain intellectual property owned by Plaintiff</u>.

5. As the Court is aware, with respect to the settlement between Plaintiff and LA POLICE GEAR, INC., the Court rejected the parties' proposed injunction as lacking certain elements that would support its entry. (Doc. 56). Plaintiff and LA POLICE GEAR, INC. are currently working to address the issues raised by the Court and anticipate filing an amended Stipulated Motion for Entry of Permanent Injunction and proposed Injunction for the Court's consideration.

6. Plaintiff and the remaining Defendants named above have also prepared a Stipulated Motion for Entry of Permanent Injunction and proposed Injunction for the Court's consideration in light of its Order at Doc. 56 and will be filing that material

contemporaneously with this Notice.

DATED this 11th day of February 2009.

HOLLIFIELD LEGAL CENTRE
By:
**/s/ Travis R. Hollifield**

_____
Travis R. Hollifield – Trial Counsel
Florida Bar No.: 0094420
147 E. Lyman Avenue – Suite C
Winter Park, Florida 32789
Telephone: (407) 599-9590
Facsimile: (407) 599-9591
Email: trh@trhlaw.com

LAW OFFICES OF BRIAN S. STEINBERGER, P.A.
Brian S. Steinberger, Esq.
Florida Bar No: 43206
101 Brevard Avenue
Cocoa, Florida 33922
Telephone: (321) 633-5080
Facsimile: (321) 633-9322
Email: brianss@vol.com
AS ATTORNEYS FOR PLAINTIFF

## **CERTIFICATE OF SERVICE**

I HEREBY CERTIFY that on February 11, 2009, I electronically filed the foregoing with the Clerk of Court by using the CM/ECF system which will send a notice of electronic filing to all counsel of record.

By:
**/s/ Travis R. Hollifield**

_____
Travis R. Hollifield
Hollifield Legal Centre
147 E. Lyman Avenue – Suite C
Winter Park, Florida 32789
Telephone: (407) 599-9590
Facsimile: (407) 599-9591
Email: trh@trhlaw.com
ATTORNEY FOR PLAINTIFF